IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL MURPHY, | No. CIV S-11-1523-JAM-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| UNKNOWN, | |
|     Respondent. | |
|                                      / | |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are petitioner's motions (Doc. 1 & 6) requesting legal advice concerning the statute of limitations applicable to this case. Because the court cannot give legal advice, the motions will be disregarded.

        A review of the docket reflects that petitioner has not properly initiated this action by way of filing a habeas corpus application.  Rule 2(c) of the Federal Rules Governing Section 2254 Cases requires that every habeas corpus petition must: (1) specify all the grounds for relief; (2) state the facts supporting each ground for relief; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury.  Petitioner will be provided an opportunity to comply with Rule 2(c) by submitting a completed habeas corpus

application. Petitioner is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions (Docs. 1 & 6) are disregarded;

2. Petitioner shall file a petition on the form employed by this court, and which satisfies the requirements of Rule 2(c) of the Federal Rules Governing Section 2254 Cases, within 30 days of the date of this order; and

3. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED: October 17, 2011

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE