1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CARMEL MURPHY,                          No. CIV S-11-1523-JAM-CMK-P

12              Petitioner,

13        vs.                                ORDER

14   WALTER MILLER,

15              Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.   Pending before the court is petitioner's request for

19   leave to proceed in forma pauperis (Doc. 14).  Petitioner's petition will be addressed separately.

20        Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing

21   that petitioner is unable to prepay fees and costs or give security therefor.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

1          Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to

2    proceed in forma pauperis (Doc. 14) is granted.

3

4    DATED:  December 22, 2011

5                                        _____

6                                        **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26